UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

JUAN HOUSE, :
       Plaintiff, :
 :
v. : No. 2:18-cv-04283
 :
DEVON SMITH, :
       Defendant. :
_____

**O R D E R**

**AND NOW**, this 31st day of August, 2020, upon consideration of House's motions, *see* ECF Nos. 27 and 29, and for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

    1.    The Motion for Default Judgment, ECF No. 27, is **DENIED without prejudice**.

    2.    The motion for docket sheets, ECF No. 29, is **GRANTED**.

    3.    The Clerk of Court is **DIRECTED** to mail to House a copy of the docket sheet along with this Order.


BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge