UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN HOUSE,        Plaintiff, | : <br> : <br> : |
| v. | :    No. 2:18-cv-04283 <br> : |
| DEVON SMITH,        Defendant. | : <br> : |

**O R D E R**

**AND NOW**, this 28th day of November, 2022, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court shall **TRANSFER** the above-captioned action to the Regular Trial List, out of the Civil Suspense Docket, and **REOPEN** the case.

2. The Motion to Dismiss for failure to prosecute, ECF No. 74, is **GRANTED**.

3. The Motion to Enforce, ECF No. 76, is **DISMISSED**.

4. The above-captioned action is **DISMISSED** for Plaintiff's failure to prosecute.

5. The case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge